IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **GERRY SUSAN HALL**, Executrix of the Estate of Edward D. Hall, deceased, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CASE NO. 2:15-cv-2984<br>)<br>) JUDGE Edmund A. Sargus, Jr. |
| **WESTERN EXPRESS, INC.**, et al., | ) MAGISTRATE Chelsey M. Vascura<br>) |
| Defendants. | ) |

## AGREED DISMISSAL ORDER

NOW COME, the parties, by counsel, and represent to the Court that all claims of the Plaintiff against Western Express, Inc. and all claims of the Plaintiff against Richard W. Laporte, Jr. have been resolved. Having been so advised, this Court dismisses this action, with prejudice, as against Western Express, Inc., New Horizons Leasing, Inc., and Richard W. Laporte, Jr. Accordingly, this matter is dismissed in its entirety and shall be stricken from the Court's active Docket. All parties are responsible for their own attorney's fees and costs associated with this matter.

The Clerk is DIRECTED to send a certified copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 9th day of August, 2017.

_____
Honorable Judge Edmund A. Sargus, Jr.
Chief Judge United States District Court

**Approved by:**

*s/Teena Y. Miller*
Teena Y. Miller, Esq. (0074441)
GOLD, KHOUREY & TURAK, L.C.
510 Tomlinson Avenue
Moundsville, WV 26041


*s/Andrew R. Young by s/Teena Y. Miller with email permission*
Andrew R. Young, Esq. (0071543)
YOUNG & McCARTHY
25125 Detroit Road, Suite 120
Westlake, OH 44115
**Counsel for Plaintiff**
**Gerry Susan Hall, Executrix of the**
**Estate of Edward D. Hall, deceased**


*s/Elizabeth E. Deemer by s/Teena Y. Miller with email permission*
Elizabeth E. Deemer, Esq. (0038603)
The Levicoff Law Firm, P.C.
650 Smithfield Street, Suite 1900
Pittsburgh, PA 15222
**Counsel for Defendant, Western Express, Inc.**


*s/Stephen E. Geduldig by s/Teena Y. Miller with email permission*
Stephen E. Geduldig, Esq.
Pion, Nerone, Girman, Winslow & Smith, P.C.
240 North 3rd Street
Payne Shoemaker Building, 10th Fl.
Harrisburg, PA 17101
**Counsel for Defendant, Richard W. LaPorte, Jr.**